UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF MISSOURI


THOMAS R. McLEAN, MD

    Plaintiff,                             CASE NO.: 4:20-CV-593-BP
                                              JUDGE: BETH PHILLIPS

v.

JEFFREY W. BRUCE,

    Defendant.

## CERTIFICATE OF MAILING

I, Daphne R. Halderman, of McCausland Barrett & Bartalos P.C., attorney for defendant Jeffrey W. Bruce, hereby certify that the original of Defendant's Answers to Plaintiff's Interrogatory Question No. 3 was mailed via U.S. Mail and emailed to Thomas R. McLean (tmcllc1999@gmail.com), *Pro Se*, Plaintiff, on this 2nd day of September, 2021.

                                                   *Respectfully submitted,*

                                       **McCAUSLAND BARRETT & BARTALOS P.C.**

                                       */s/ Daphne R. Halderman*
                                       Michael E. McCausland MO #29950
                                       Daphne Halderman MO #33971
                                       9233 Ward Parkway, Suite 270
                                     Kansas City, MO  64114
                                     (816) 523-3000 / (816) 523-1588 (fax)
                                     mmccausland@mbblawfirmkc.com
                                     dhalderman@mbblawfirmkc.com
                                     COUNSEL FOR DEFENDANT

# *Certificate of Service*

      I hereby certify that on September 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**None.**

      and I hereby certify that I have emailed and mailed by United States Postal Service the document to the following non-CM/ECF participants:

Thomas R. McLean, MD
4970 Park
Shawnee, KS 66216
913-525-5526
tmcllc1999@gmail.com
**PRO SE PLAINTIFF**

                                        */s/Daphne R. Halderman*
                                        Daphne R. Halderman
                                        For the Firm