UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

Thomas R. McLean, MD )
)
      Plaintiff, )
)
v. )
) Civil Action No. 4:20-CV-593-BP
Jeffery W. Bruce, )
)
      Defendant. )

## SUGGESTION OF DEATH

1. On May 22, 2022,
   a. Mr. Bruce filed a motion in 4:22-cv-127; and
   b. at 8:41 PM, a woman who identified herself as Peggy Bruce, (the Defendant's wife), left a voice message on my telephone. The message stated that the Defendant Jeffrey Bruce had passed away.
2. On May 23, 2022, I contacted Frontier Forensics Midwest, LLC (FFM), which serves as Cass County's coroner.
3. FFM stated that had received the body of Jeff Bruce (DOB: July 6, 1957) who resided in Belton Mo.

Respectfully Submitted,

May 24, 2022

                                                Thomas R. McLean, Plaintiff *pro se*
                                                4970 Park
                                                Shawnee, KS, 66216
                                                913-525-5526
                                                tmcllc1999@gmail.com