UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

Thomas R. McLean, MD )
)
        Plaintiff, )
)
v. )
) Civil Action No. 4:20-CV-593-BP
Jeffery W. Bruce, )
)
        Defendant. )

## PLAINTIFF'S NOTICE OF NON-AVALIABILITY / NON-RESPONSIVENESS

COMES NOW Thomas R McLean, MD, the *pro se* Plaintiff, to give notice of his non availability during the periods of

- September 24, 2022 to October 2, 2022; and
- October 14-30, 2022.

Respectfully Submitted,

May 27, 2022

                                              Thomas R. McLean, Plaintiff *pro se*
                                              4970 Park
                                              Shawnee, KS, 66216
                                              913-525-5526
                                              tmcllc1999@gmail.com