UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Thomas R. McLean, MD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-CV-593-BP |
| Jeffery W. Bruce, | ) |
| | ) |
| Defendant. | ) |

## **PLAINTIFF'S MOTION TO EXTEND THE STAY FOR AN ADDITIONAL 45 DAYS**

COMES NOW Thomas R McLean, MD, the *pro se* Plaintiff, to update the Court on the appointment of a personal representative for Mr. Bruce.

1. Defendant Bruce died on May 22, 2022.
2. On May 25, 2022, this Court stayed the proceedings for 90 days pending the appointment of a personal representative for Mr. Bruce's estate.
3. The current stay expires tomorrow (August 23, 2022).
4. In mid-July 2022, the Cass County Clerk of the Court directed Dr. McLean to monitor Missouri Case.net (https://www.courts.mo.gov/cnet/welcome.do) to determine when a personal representative is appointed for Mr. Bruce's estate.
5. As of today, probate for Mr. Bruce has not been opened.

WHEREFORE a personal representative has not yet been appointed for Mr. Bruce's estate, Dr. McLean respectfully requests that Court extend the stay in this case for an additional 45 days.

Respectfully Submitted,

August 22, 2022

_____
Thomas R. McLean, Plaintiff *pro se*
4970 Park
Shawnee, KS, 66216
913-525-5526
tmcllc1999@gmail.com