IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THOMAS R. McLEAN, M.D. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 20-0593-CV-W-BP |
| | ) |
| JEFFREY W. BRUCE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER (1) DENYING MOTION TO SUBSTITUTE AND SET A HEARING DATE AND (2) EXTENDING STAY

This case has been stayed following the death of Defendant Jeffrey Bruce. The purpose of the stay is to allow time for the appointment of a personal representative who can be substituted for Mr. Bruce pursuant to Rule 25. The stay is currently set to expire November 22, 2022.

Plaintiff asks the Court to lift the stay and substitute Bruce's widow, Margaret Bruce, as the defendant. He explains a hearing was held in state court on November 9, 2022, and Ms. Bruce expressed a desire to administer her late husband's estate as the personal representative. Plaintiff also represents the judge indicated he would enter an Order to that effect. However, the state judge has not yet entered an Order officially designating Ms. Bruce as the personal representative, so Plaintiff's request is premature and his motion, (Doc. 211), is **DENIED**.[1]

The previously imposed stay will remain in effect pending further Order of the Court.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: November 10, 2022    UNITED STATES DISTRICT COURT

---

[1] Plaintiff's request for a hearing is denied for the same reason, and also because he does not explain why a hearing is required.