UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Thomas R. McLean, MD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:20-CV-593-BP |
| | ) | |
| The Estate of Jeffery W. Bruce, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Plaintiff has produced a copy of the Denver MSPB's Order staying the case of *McLean v VA*.

Respectfully submitted

July 17, 2023  _/es/ Thomas R McLean MD_____

Thomas R. McLean, Plaintiff *pro se*
4970 Park
Shawnee, KS, 66216
913-525-5526
tmcllc1999@gmail.com