UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Thomas R. McLean, MD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 4:20-CV-593-BP |
| Margaret Bruce, as the Personal | ) |
| Representative for the Estate of Jeffrey Bruce, | ) |
| | ) |
| Defendant. | |

## DECLARATION FOR THE PURPOSE OF AUTHENTICATION OF AN ELECTRONIC SIGNATURE

1. I am Thomas R. McLean, MD, the *per se* Plaintiff in this case.
2. I personally drafted all of the Authentications Declarations for Exhibits 1 to 18.
3. Because I have limited access to technology, I have executed all of Authentications Declarations with "/es/ Thomas R. McLean, MD."
4. It is my intention that "/es/ Thomas R. McLean, MD" on all of the Authentications Declarations be my legal live signature

## DECLARATION

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge and belief.

## CERTIFICATION

I certify that a copy of this filing was sent to Mr. Meyers via email to mmeyers@meyerslaw.com.

Respectfully Submitted,

August 3, 2023

_____

Thomas R. McLean, Plaintiff *pro se*

4970 Park, Shawnee, KS, 66216

913-525-5526

tmcllc1999@gmail.com